# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Owens, Karen B. | United States Bankruptcy Court, District of Delaware | 4/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge - Full Time | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court, District of Delaware
824 N. Market Street, 6th Floor
Wilmington, Delaware 19801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Ashby & Geddes, P.A. (former law firm) |
| 2. | Attorney Volunteer | Delaware Volunteer Legal Services |
| 3. | Member | Civics Committee, Federal Bar Association (Delaware Chapter) |
| 4. | NexGen Liason | Education Committee, National Conference of Bankruptcy Judges |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Ashby & Geddes, P.A. (former law firm); Earnings/distributions | $91,666.74 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | TAMKO Building Products LLC; Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Delaware Bankruptcy American Inn of Court | 2019-2020 Honorary Membership (dues, like privileges) | $395.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Cash Account | B | Interest | M | T | | | | | |
| 2. Wells Fargo Cash Account | A | Interest | M | T | | | | | |
| 3. BOA HSA Cash Account | A | Interest | J | T | | | | | |
| 4. Vanguard IRA #1 (H) | | | | | | | | | |
| 5. -Vanguard LifeStrategy Growth Fund Investor Shares | B | Dividend | L | T | | | | | |
| 6. Vanguard IRA #2 (H) | | | | | | | | | |
| 7. -Vanguard Target Retirement 2045 Fund | B | Dividend | L | T | | | | | |
| 8. Vanguard Brokerage Account #1 (H) | | | | | | | | | |
| 9. -Vanguard LifeStrategy Moderate Growth Fund Investor Shares | C | Dividend | M | T | | | | | |
| 10. Vanguard Brokerage Account #2 (H) | | | | | | | | | |
| 11. -Vanguard Intermediate-Term Bond Index Fund Admiral Shares | A | Dividend | K | T | Buy | 04/25/19 | K | | |
| 12. | | | | | Sold (part) | 05/01/19 | J | | |
| 13. | | | | | Sold (part) | 05/08/19 | J | | |
| 14. | | | | | Sold (part) | 05/24/19 | J | | |
| 15. | | | | | Sold (part) | 06/07/19 | J | | |
| 16. | | | | | Sold (part) | 07/05/19 | J | | |
| 17. | | | | | Sold (part) | 08/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 09/04/19 | J | | |
| 19. | | | | | Sold<br>(part) | 10/07/19 | J | | |
| 20. | | | | | Sold<br>(part) | 11/04/19 | J | | |
| 21. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 22. -Vanguard Money Market Fund | A | Dividend | J | T | | | | | |
| 23. Vanguard Individual 529 College Savings Account (H) | | | | | | | | | |
| 24. -Vanguard Moderate Age-Based Option: Vanguard 80% Stock 20% Bond Port | | None | M | T | Buy | 03/04/19 | L | | |
| 25. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 07/11/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 10/11/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.　-Vanguard Moderate Age-Based Option: Vanguard 90% Stock 10% Bond | | None | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 36. | | | | | Sold | 03/04/19 | L | | |
| 37.　Ashby & Geddes Retirement Plan (H) | | | | | | | | | |
| 38.　-Vanguard Institutional Target Retirement 2045 Fund | D | Dividend | N | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 39. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 02/26/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 03/14/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 04/29/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 05/14/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 49.　Wells Fargo Retirement Plan (H) | | | | | | | | | |
| 50.　-Vanguard Institutional Target Retirement 2045 Fund | B | Dividend | L | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 08/30/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 67. TAMKO Profit Sharing Retirement Plan (H) | | | | | | | | | |
| 68. -Vanguard Institutional Target Retirement 2045 Fund | A | Dividend | K | T | Buy<br>(add'l) | 03/22/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Ameriprise Strategic Portfolio Service Advantage IRA (H) | | | | | | | | | |
| 70. | -Blackrock Event Driven Equity Fund (BILPX) | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 71. | -Blackrock Mid Cap Growth Equity Portfolio Institutional (CMGIX) | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 72. | -Federated Kaufmann Small Cap Fund Institution (FKAIX) | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 73. | -Columbia Dividend Income Fund Institutional Class (GSFTX) | B | Dividend | L | T | Buy | 06/14/19 | L | | |
| 74. | -John Hancock Funds II Emerging Markets Fund Class 1 (JEVIX) | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 75. | -MFS Intl. Growth Fund Class 1 (MQGIX) | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 76. | -MFS New Discovery Value Fund Class 1 (NDVIX) | A | Dividend | K | T | Buy | 06/14/19 | J | | |
| 77. | -ClearBridge Large Cap Growth Fund Class 1 (SBLYX) | C | Dividend | L | T | Buy | 06/14/19 | L | | |
| 78. | -Wells Fargo Special Mid Cap Value Fund (WFMIX) | B | Dividend | K | T | Buy | 06/14/19 | K | | |
| 79. | Ameriprise Insured Money Market Cash Account (AIMMA) (H) | | | | | | | | | |
| 80. | -Morgan Stanley | A | Interest | J | T | | | | | |
| 81. | Ameriprise Brokerage Account (all sold in April or June 2019) (H) | | | | | | | | | |
| 82. | -Apple Inc. (APPL) common stock | A | Dividend | | | Sold | 06/14/19 | J | | |
| 83. | -Adobe Systems Inc. (ADBE) common stock | | None | | | Sold | 06/14/19 | J | A | |
| 84. | -Allegion Public Ltd (ALLE) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 85. | | | | | | Sold | 06/14/19 | J | A | |

1 Income Gain Codes:  
(See Columns B1 and D4)  
2 Value Codes  
(See Columns C1 and D3)  

3 Value Method Codes  
(See Column C2)  

A =$1,000 or less  
F =$50,001 - $100,000  
J =$15,000 or less  
N =$250,001 - $500,000  
P3 =$25,000,001 - $50,000,000  
Q =Appraisal  
U =Book Value  

B =$1,001 - $2,500  
G =$100,001 - $1,000,000  
K =$15,001 - $50,000  
O =$500,001 - $1,000,000  

R =Cost (Real Estate Only)  
V =Other  

C =$2,501 - $5,000  
H1 =$1,000,001 - $5,000,000  
L =$50,001 - $100,000  
P1 =$1,000,001 - $5,000,000  
P4 =More than $50,000,000  
S =Assessment  
W =Estimated  

D =$5,001 - $15,000  
H2 =More than $5,000,000  
M =$100,001 - $250,000  
P2 =$5,000,001 - $25,000,000  

T =Cash Market  

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Applied Materials Inc. (AMAT) common stock | A | Dividend | | | Sold (part) | 04/09/19 | J | A | |
| 87. | | | | | Sold | 06/14/19 | J | A | |
| 88. -Ametek Inc. (AME) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 89. -Artisan Partners Asset Mgmt. Inc. (APAM) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 90. | | | | | Sold | 06/14/19 | J | | |
| 91. -Credicorp Ltd. (BAP) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 92. | | | | | Sold | 06/14/19 | J | | |
| 93. -Brown Forman Corp. (BF/B) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 94. -Biogen Inc. (BIIB) common stock | | None | | | Sold | 04/09/19 | J | | |
| 95. -Bank of Hawaii Corp. (BOH) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 96. | | | | | Sold (part) | 06/14/19 | J | A | |
| 97. -Credit Acceptance Crp. MI (CACC) common stock | | None | | | Sold | 06/14/19 | J | A | |
| 98. -Celanese Corp. (CE) common stock | A | Dividend | | | Sold | 04/09/19 | J | | |
| 99. -Church & Dwight Company Inc. (CHD) common stock | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 100. -Check Point Software Tech. (CHKP) common stock | | None | | | Sold | 06/14/19 | J | | |
| 101. -Comcast (CMCSA) common stock | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 102. -Canadian National Railway Co. (CNI) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   -Canadian Pacific Railway Ltd. (CP) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 104.   -Copart Inc. (CPRT) common stock | | None | | | Sold | 06/14/19 | J | A | |
| 105.   -CSX Corp. (CSX) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 106. | | | | | Sold (part) | 06/14/19 | J | A | |
| 107.   -Walt Disney Co. (DIS) common stock | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 108.   -Electronic Arts Inc. (EA) common stock | | None | | | Buy | 04/09/19 | J | | |
| 109. | | | | | Sold | 06/14/19 | J | | |
| 110.   -EOG Resources Inc. (EOG) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 111. | | | | | Sold | 06/14/19 | J | | |
| 112.   -Edwards Lifesciences (EW) common stock | | None | | | Sold | 04/09/19 | J | B | |
| 113.   -Eagle Materials (EXP) common stock | A | Dividend | | | Sold | 04/09/19 | J | | |
| 114.   -Fastenal Co. (FAST) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 115. | | | | | Sold | 06/14/19 | J | | |
| 116.   -Facebook, Inc. (FB) common stock | | None | | | Sold | 06/14/19 | J | | |
| 117.   -Factset Research Systems Inc. (FDS) common stock | A | Dividend | | | Sold | 06/14/19 | J | B | |
| 118.   -F5 Networks Inc. (FFIV) common stock | | None | | | Sold | 06/14/19 | J | | |
| 119.   -Fiserv Inc. (FISV) common stock | | None | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Fleetcor Technologies Inc. (FLT) common stock | | None | | | Sold (part) | 04/09/19 | J | A | |
| 121. | | | | | Sold | 06/14/19 | J | A | |
| 122.  -Fox Corp. (FOXA) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 123. | | | | | Sold | 06/14/19 | J | | |
| 124.  -Graco Inc. (GGG) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 125. | | | | | Sold | 06/14/19 | J | | |
| 126.  -Gentex Corp. (GNTX) common stock | A | Dividend | | | Sold | 06/14/19 | J | | |
| 127.  -Grifols (GRFS) common stock | | None | | | Sold | 04/09/19 | J | | |
| 128.  -Garmin Ltd. (GRMN) common stock | A | Dividend | | | Sold (part) | 04/09/19 | J | A | |
| 129. | | | | | Sold | 06/14/19 | J | A | |
| 130.  -Idex Corp. (IEX) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 131.  -Illumina Inc. (ILMN) common stock | | None | | | Sold | 06/14/19 | J | | |
| 132.  -Infosys. Ltd. (INFY) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 133.  -Intuit Inc. (INTU) common stock | | None | | | Buy | 04/09/19 | J | | |
| 134. | | | | | Sold | 06/14/19 | J | | |
| 135.  -IPG Photonics Corp. (IPGP) common stock | | None | | | Sold | 04/09/19 | J | A | |
| 136.  -Illinois Tool Works Inc. (ITW) common stock | | None | | | Buy | 04/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 06/14/19 | J | | |
| 138. -Jack Henry & Assoc. Inc. (JKHY) common stock | A | Dividend | | | Sold | 06/14/19 | J | | |
| 139. -KLA Tencor Corp. (KLAC) common stock | A | Dividend | | | Sold (part) | 04/09/19 | J | A | |
| 140. | | | | | Sold | 06/14/19 | J | A | |
| 141. -LAM Research Corp. (LRCX) common stock | A | Dividend | | | Sold (part) | 04/09/19 | J | A | |
| 142. | | | | | Sold | 06/14/19 | J | A | |
| 143. -Southwest Airlines Co. (LUV) common stock | A | Dividend | | | Sold | 04/09/19 | J | | |
| 144. -Mastercard Inc. (MA) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 145. -Marriott Intl. Inc. (MAR) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 146. -McCormick & Co. (MKC) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 147. -MKS Instruments Inc. (MKSI) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 148. | | | | | Sold | 06/14/19 | J | | |
| 149. -3M Co. (MMM) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 150. | | | | | Sold | 06/14/19 | J | | |
| 151. -Monster Bev. Corp. (MNST) common stock | | None | | | Sold | 06/14/19 | J | A | |
| 152. -Altria Group Inc. (MO) common stock | A | Dividend | | | Sold | 06/14/19 | J | | |
| 153. -MSCI Inc. (MSCI) common stock | A | Dividend | | | Sold (part) | 04/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold | 06/14/19 | J | A | |
| 155. -Microsoft Corp. (MSFT) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 156. -Mettler Toledo Intl. Inc. (MTD) common stock | | None | | | Buy | 04/09/19 | J | | |
| 157. | | | | | Sold | 06/14/19 | J | A | |
| 158. -Vail Resorts Inc. (MTN) common stock | A | Dividend | | | Sold | 04/09/19 | J | | |
| 159. -Maxim Integrated Products Inc. (MXIM) common stock | A | Dividend | | | Sold (part) | 06/14/19 | J | | |
| 160. -Nordson Corp. (NDSN) common stock | A | Dividend | | | Sold | 04/09/19 | J | | |
| 161. -Norfolk Southern Corp. (NSC) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 162. | | | | | Sold | 06/14/19 | J | A | |
| 163. -NVIDIA Corp. (NVDA) common stock | A | Dividend | | | Sold | 06/14/19 | J | | |
| 164. -Novo Nordisk (NVO) common stock | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 165. -Old Dominion Freight Lines Inc. (ODFL) common stock | A | Dividend | | | Sold | 04/09/19 | J | | |
| 166. -Paychex Inc. (PAYX) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 167. -Proctor & Gamble Co. (PG) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 168. | | | | | Sold | 06/14/19 | J | A | |
| 169. -Resmed Inc. (RMD) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 170. | | | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -SAP (SAP) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 172. | | | | | Sold | 06/14/19 | J | A | |
| 173.  -Starbucks Corp. (SBUX) common stock | A | Dividend | | | Sold | 04/09/19 | J | B | |
| 174.  -SEI Investments Co. (SEIC) common stock | A | Dividend | | | Sold | 06/14/19 | J | | |
| 175.  -SNAP (SNA) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 176. | | | | | Sold | 06/14/19 | J | A | |
| 177.  -S&P Global (SPGI) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 178.  -Sociedad Quimica (SQM) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 179. | | | | | Sold | 06/14/19 | J | | |
| 180.  -Constellation Brands Inc. (STZ) common stock | A | Dividend | | | Sold | 04/09/19 | J | | |
| 181.  -Skyworks Solutions Inc. (SWKS) common stock | A | Dividend | | | Sold | 06/14/19 | J | | |
| 182.  -Price T Rowe Group Inc. (TROW) common stock | A | Dividend | | | Sold | 06/14/19 | J | | |
| 183.  -Texas Instruments Inc. (TXN) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 184.  -Ubiquiti Networks Inc. (UBNT) common stock | A | Dividend | | | Sold<br>(part) | 04/09/19 | J | B | |
| 185. | | | | | Sold | 06/14/19 | J | A | |
| 186.  -Unilever PLC (UL) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 187. | | | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -Unilever (UN) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 189. | | | | | Sold | 06/14/19 | J | A | |
| 190.  -Union Pacific Corp. (UNP) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 191.  -Visa (V) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 192.  -Veeva Sys Inc. (VEEV) common stock | | None | | | Buy<br>(add'l) | 04/09/19 | J | | |
| 193. | | | | | Sold | 06/14/19 | J | B | |
| 194.  -Verisk Analytics Inc. (VRSK) common stock | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 195.  -Xilinx Inc. (XLNX) common stock | A | Dividend | | | Sold<br>(part) | 04/09/19 | J | B | |
| 196. | | | | | Sold | 06/14/19 | J | A | |
| 197.  -Zoetis Inc. (ZTS) common stock | A | Dividend | | | Buy | 04/09/19 | J | | |
| 198. | | | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The UMB HSA Cash Account formerly listed on line 3 of my prior report (Initial Report) has been removed as it was closed in 2018 and, as such, it falls beyond the reporting time period covered by this report.

The shares associated with the Ameriprise Brokerage Account (now beginning on line 81) formerly listed on lines 42 (AMG), 49 (CBOE), 51 (CERN), 68 (FII), 76 (IDCC), 83 (JBLUE), 90 (MASI), 106 (ORCL), 112 (SEE), 115 (SNN), and 129 (WYND) of my prior report (Initial Report) have been removed as they were sold in 2018 and, as such, they fall beyond the reporting time period covered by this report.

All shares associated with the Ameriprise Brokerage Account beginning on line 81 were sold in 2019. A full disposition of the Bank of Hawaii (BOH), CSX Corp. (CSX), and Maxim Integrated (MXIM) shares occurred on 6/19/19 but such transactions were below the reporting threshold.

The Lincoln Retirement 401(k) formerly listed on lines 132-134 of my prior report (Initial Report) has been removed as it was sold and rolled over to a new IRA account in 2018 and, as such, it falls beyond the reporting time period covered by this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Owens, Karen B. | 4/30/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen B. Owens**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544